**client SERVICES, INCORPORATED**

3451 Harry S Truman Blvd.
Saint Charles, MO 63301-4047

CURRENT CREDITOR: Citibank, N.A.
ACCOUNT NUMBER: XXXXXXXXXXXX2786
NEW BALANCE: $2,178.18
MINIMUM PAYMENT DUE: $486.76
REFERENCE NUMBER:

Office Hours (Central Time)
Monday-Thursday: 8am-8pm
Friday: 8am-5pm
Saturday: 7am-11am
Sunday: Closed

PHONE: 877-288-0504

DATE: 7/24/2018

**DEBT VALIDATION NOTICE**

Our client, the current creditor referenced above, has placed the above CITI VISA account with our organization for collections.

Unless you notify our office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

As of the date of this letter, the balance due is $2,178.18. On the date you make a payment, the balance due may be greater because of interest or other charges. If an adjustment is necessary after we receive payment, we will attempt to contact you.

We look forward to working with you in resolving this matter.

Jerry Petersen

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FOR IMPORTANT RIGHTS AND PRIVILEGES WHICH MIGHT APPLY TO YOUR STATE OF RESIDENCE,
PLEASE SEE BELOW OR REVERSE SIDE (IF FAXED THEN FOLLOWING PAGE).

| | Send your payment in the enclosed envelope using the remittance coupon below. | | Online: www.csiconsumercenter.com |
|---|---|---|---|
| | Pay-by-Phone: 1-877-552-5905 | | If you are unable to pay the balance in full, contact our office at 877-288-0504 for payment options, which may be available to you. |

PO Box 1503
Saint Peters, MO 63376

REFERENCE NUMBER 
AMOUNT ENCLOSED



**Checks Payable To:**
Citibank, N.A.

**REMIT TO:**

CLIENT SERVICES, INC.
PO BOX 1503
SAINT PETERS MO 63376


LILIYA POTAPOVA

1 of 1

117611-680-CB809I